UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § 5:25-mj-00189-1-RF |
| | § |
| JAKELINE SILVA-PADILLA | § |

**DEFENDANT'S MOTION FOR CONTINUANCE**

Defendant Jakeline Silva-Padilla, through his undersigned counsel, moves this Court to continue the above cause upon the following grounds:

1. This cause is presently set for preliminary/detention hearing February 13, 2025

2. Counsel for Defendant was just appointed on February 10, 2025 and seeks additional time to communicate and discuss issues with Defendant and seeks an continuance.

3. Counsel requests that these deadlines be reset, and, Defendant prays that this Motion for Continuance be, in all respects, granted and that this matter be continued.

Respectfully submitted

Law Office of Juan M. Gonzalez
403 W Cypress
San Antonio, Texas 78212
(210) 587-4002 Telephone
(210) 202-5127 Facsimile

By /s/ Juan M. Gonzalez
    Juan M. Gonzalez
    Texas Bar No. 24002158

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of February, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney's Office, San Antonio, Texas.

                                              /s/ Juan M. Gonzalez
                                              Juan M. Gonzalez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § <br> § <br> § |
| V. | § 5:25-mj-00189-1-RF |
| | § <br> § |
| **JAKELINE SILVA-PADILLA** | § |

**ORDER**

On this day came on to be considered Defendant's Motion for Continuance. The Court having considered the motion is of the opinion that the continuance should be and here is GRANTED.

It is ORDERED that the plea deadline and trial date be reset to_____

SO ORDERED this _____ day of _____, 2025

_____
JUDGE PRESIDING